UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CYNTHIA VALDEZ SHANK, a/k/a "Cindy,"
ELOY OSUNA, a/k/a "Fiji," a/k/a "Little Easy,"
JONATHON KEITH BURKEEN, a/k/a "J,"
TREMAYNE LAMAR HOLLINS, a/k/a "Pork Chop,"
VICTOR ROLANDO OVALLE, a/k/a "Pun," a/k/a "Fat Pun," and
DIMITRI BROWN, a/k/a "D," a/k/a "Big Nose D,"

Defendants.

_____/

No.   **1:07CR0006**

Hon.

**FILED**

07 JAN 11  PM 5: 13

ROX~ . CLERK
U.S. COURT
WESTERN DISTRICT OF MICH
BY  **ddk/**

**Robert Holmes Bell**
**Chief, U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

Count 1
(Drug conspiracy)

From in or about 1999, to at least May 9, 2002, in the Western District of Michigan,

Southern Division, and elsewhere,

CYNTHIA VALDEZ SHANK, a/k/a "Cindy,"
ELOY OSUNA, a/k/a "Fiji," a/k/a "Little Easy,"
JONATHON KEITH BURKEEN, a/k/a "J,"
TREMAYNE LAMAR HOLLINS, a/k/a "Pork Chop,"
VICTOR ROLANDO OVALLE, a/k/a "Pun," a/k/a "Fat Pun," and
DIMITRI BROWN, a/k/a "D," a/k/a "Big Nose D,"

defendants herein, did knowingly, wilfully and unlawfully combine, conspire, confederate, and

agree with Alexander (Alex) Humphry (deceased), and other persons known and unknown to the

Grand Jury, to possess with intent to distribute and to distribute in excess of five kilograms of

cocaine powder, 50 grams of cocaine base ("crack" cocaine), and 1,000 kilograms of marijuana,

in violation of Title 21, United States Code, sections 846, 841(a)(1), and 841(b)(1)(A).

## Means and Methods

The purpose of the conspiracy was to make money from the illegal acquisition, sale and distribution of controlled substances, including cocaine, "crack" cocaine, and marijuana.

It was part of the conspiracy that Alexander (Alex) Humphry would and did, until his death on May 9, 2002, obtain large quantities of cocaine and marijuana from various sources for sale and distribution in the Lansing, Michigan area. Portions of the cocaine would be converted into "crack" cocaine for distribution in that form.

It was further part of the conspiracy that ELOY OSUNA, a/k/a "Fiji," a/k/a "Little Easy," would transport large amounts of this marijuana and cocaine to the Lansing, Michigan area for distribution by Alexander Humphry and other members of the conspiracy. The marijuana and cocaine would be unloaded near a store operated by the family of CYNTHIA VALDEZ SHANK, and would then be taken to 1609 Comfort Street in Lansing, Michigan where it would be weighed and packaged and kept until it was distributed to others. ELOY OSUNA would also sometimes act as a "doorman" or security guard at 1609 Comfort Street.

It was further part of the conspiracy that CYNTHIA VALDEZ SHANK, a/k/a "Cindy," who lived with Alexander (Alex) Humphry at 1609 Comfort Street in Lansing, Michigan until the time of his death on May 9, 2002, would assist Alexander Humphry in the acquisition, weighing and storage of large amounts of cocaine and marijuana at that location. CYNTHIA VALDEZ SHANK would also assist in the distribution of these controlled substances by helping to collect, count and package money obtained from the sale and distribution of these controlled substances by Alexander Humphry and others.

It was further part of the conspiracy that JONATHON KEITH BURKEEN, a/k/a "J," TREMAYNE LAMAR HOLLINS, a/k/a "Pork Chop," VICTOR ROLANDO OVALLE, a/k/a

"Pun," a/k/a "Fat Pun," and DIMITRI BROWN, a/k/a "D," a/k/a "Big Nose D," would sometimes

assist in the unloading and/or processing of these controlled substances for distribution, and

would obtain significant amounts of the cocaine, "crack" cocaine and marijuana, on consignment

or otherwise, for distribution to others.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)

<u>Count 2</u>
(Possession With Intent to Distribute Cocaine)

On or about May 9, 2002, in Ingham County, in the Western District of Michigan,

Southern Division,

CYNTHIA VALDEZ SHANK, a/k/a "Cindy,"

did knowingly and intentionally possess with intent to distribute about 20 kilograms of powder

cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)
18 U.S.C. § 2

### Count 3
(Possession With Intent to Distribute Crack Cocaine)

On or about May 9, 2002, in Ingham County, in the Western District of Michigan,

Southern Division,

CYNTHIA VALDEZ SHANK, a/k/a "Cindy,"

did knowingly and intentionally possess with intent to distribute about one kilogram of cocaine

base ("crack" cocaine), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(iii)
18 U.S.C. § 2

<u>Count 4</u>
(Possession With Intent to Distribute Marijuana)

On or about May 9, 2002, in Ingham County, in the Western District of Michigan,

Southern Division,

CYNTHIA VALDEZ SHANK, a/k/a "Cindy,"

did knowingly and intentionally possess with intent to distribute about 40 pounds of marijuana,  a

Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON


MARGARET M. CHIARA
United States Attorney

_____
JOHN C. BRUHA
Assistant United States Attorney