UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
Douthern Division

FILED - GR
November 17, 2014 11:57 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___ald /_____ SCANNED BY_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TREYMAYNE HOLLINS,

    Defendant.

Case No. 1:07-CR-06

Hon. Robert Holmed Bell

### Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)
(Guideline Amendment No. 782)

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, which made a reduction in the base offense level for drug offenses retroactive as of November 1, 2014, and in support of my motion state as follows:

1. I am serving a term of imprisonment. 120 Months

2. My sentence was based, at least in part, on a drug quantity. __YES__ (Yes or No)

3. I was sentenced in the Western District of Michigan on __11/16/2007__ (date) to a term of __120__ months in prison. My total offense level was __31__ and my criminal history category was __III__.

4. My projected release date is __12/31/2016__. I understand that the Amendment does not authorize release of any defendant before November 1, 2015.

5. I hereby request a court-appointed attorney. __No__ (Yes or No)
    If yes, please complete the attached Financial Affidavit.
    (Note: appointment of counsel is discretionary with the Court)

**WITH THE EXCEPTION OF THE FINANCIAL AFFIDAVIT, PLEASE DO NOT SUBMIT OR ATTACH ANY OTHER MATERIALS AT THIS TIME OR YOUR MOTION WILL BE REJECTED AND RETURNED.**

Signature of Petitioner: *Tremayne Hollins*    Date: 11-10-2014

Print or Type Name: Tremayne Hollins    Register #: 13143-040

Current Address: Federal Correctional INstitution, P.O.Box 1000, Milan, MI. 48160