UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:07–cr–00006–PLM

        v.                              Hon. Paul L. Maloney

CYNTHIA VALDEZ SHANK #13142–040,

        Defendant.

_____/


**NOTICE REGARDING REASSIGNMENT OF CASE**


       NOTICE is hereby given that this case is reassigned to District Judge Paul L. Maloney for all further proceedings pursuant to Administrative Order number 17–CA–022. Judge Robert Holmes Bell is no longer assigned to the case.



                                     CLERK OF COURT

Dated:  April 25, 2017        By:   /s/ M. Allen_____
                                     Deputy Clerk