UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TREMAYNE LAMAR HOLLINS,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-06-04

### ORDER GRANTING IN PART MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on Defendant Hollins' motion for early termination of supervised release (ECF No. 736). A review of the court records reflect Defendant was sentenced to 120 months imprisonment following his conviction for conspiracy to distribute more than 5 kilograms of cocaine, 50 grams of cocaine base, and/or 1,000 kilograms of marijuana. He was also sentenced to five years of supervised release. His term of supervision began on December 30, 2016. In his motion, Defendant states he is gainfully employed, volunteers at his church, is without violation, and has the support of family.

Supervised release and the termination of a term of supervised release are authorized by statute, 18 U.S.C. § 3583. The decision to terminate a term of supervised release falls within the discretion of the district court. *United States v. Spinelle*, 41 F.3d 1056, 1060 (6th Cir. 1994). In exercising that discretion, the district court must consider the § 3553 factors and also find that early

termination of supervised release is warranted by the defendant's conduct and that the early termination is in the interest of justice.  *United States v. Suber*, 75 F.App'x 442, 444 (6th Cir. 2003).

The Court has considered Defendant's conduct during his term of supervision to date, the § 3553 factors, consulted the probation officer, and finds the interests of justice warrant termination of supervision prior to the original expiration date.  As such, Defendant's motion is **GRANTED IN PART**.  If the defendant has not violated the terms and conditions of supervised release between now and February 1, 2021, then Defendant's term of supervision will terminate on February 1, 2021.

**IT IS SO ORDERED**.


Date:  December 9, 2020                                   /s/ Paul L. Maloney                                            
                                                                           Paul L. Maloney
                                                                           United States District Judge